UNITED STATES DISTRICT COURT

Kyle Stone 778454,
Plaintiff

FILED- MQ
October 17, 2022 9:40 AM
Clerk of Cout
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: slk  10-17-22

NO 2:20-cv-144

HON.
JANE M. BECKERING

V

Neal Larson
Defendant

The court orderd me Plaintiff to file a SUBPOENAS/MOTIONS FOR WRITS on or before october 14, 2022, but me Kyle Stone 778454 plaintiff does not have any ~~witness~~ witnesses for trial

_____          10-10-22
Kyle Stone 778454                    date
    Plaintiff

Kyle Stone
778454
Woodland Corr Facility
9036 East M-36
Whitmore Lake MI
48189





clerk
UNITED STATES District
court
330 FEDERAL BLDG
202 WASHINGTON ST
P.O. BOX 698
MARQUETTE MI
49855