UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KYLE STONE #778454,

    Plaintiff,

v

C/O NEAL LARSON,

    Defendant.

NO. 2:20-cv-144

HON. JANE M. BECKERING

MAG. MAARTEN VERMAAT

---

| | |
|---|---|
| Kyle Stone #778454<br>*In Pro Per*<br>Woodland Center Correctional Facility<br>9036 E. M-36<br>Whitmore Lake, MI 48189 | Scott R. Rothermel (P70711)<br>Assistant Attorney General<br>Attorney for Defendant Larson<br>Michigan Dep't of Attorney General<br>Corrections Division<br>P.O. Box 30217<br>Lansing, MI 48909<br>(517) 335-3055<br>rothermels@michigan.gov |

## STIPULATION FOR DISMISSAL

NOW COMES Plaintiff Kyle Stone #778454 in Pro Per and Defendant, through counsel, and hereby stipulate and agree to entry at this time of an order dismissing the above action, with prejudice and without costs or attorney fees to either party, pursuant to the terms of the parties' settlement agreement and release.

For these reasons, both parties request that this Court dismiss this case in its entirety. This resolves all pending claims and closes the case.

Dated:    October 24, 2022

                                                                Kyle Stone #778454
                                                                 *Plaintiff in Pro Per*

Dated:    October 25, 2022    */s/ Scott R. Rothermel*
                                                    Scott Rothermel (P70711)
                                                    Assistant Attorney General
                                                    Attorney for Defendant

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KYLE STONE #778454, | NO. 2:20-cv-144 |
| Plaintiff, | |
| v | HON. JANE M BECKERING |
| C/O NEAL LARSON, | MAG. MAARTEN VERMAAT |
| Defendant. | |

| | |
|---|---|
| Kyle Stone #778454<br>*In Pro Per*<br>Woodland Center Correctional Facility<br>9036 E. M-36<br>Whitmore Lake, MI 48189 | Scott R. Rothermel (P70711)<br>Assistant Attorney General<br>Attorney for Defendant Larson<br>Michigan Dep't of Attorney General<br>Corrections Division<br>P.O. Box 30217<br>Lansing, MI 48909<br>(517) 335-3055<br>rothermels@michigan.gov |

_____/

## ORDER OF DISMISSAL

At a session of said Court held on the date set forth below.

PRESENT: HON. JANE M. BECKERING
United States District Judge

Consistent with the above stipulation,

**IT IS ORDERED** that this case be **DISMISSED** with prejudice and without costs or attorney fees to either party.

This resolves all pending claims and closes the case.

**IT IS SO ORDERED**.

Dated: _____

_____
Hon. Jane M. Beckering
United States District Judge

Stipulation and Order Prepared By:
Scott R. Rothermel (P70711)
Assistant Attorney General
Attorney for Defendant

2