UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KYLE GREGORY STONE,

    Plaintiff,

v.

NEAL LARSON,

    Defendant.

_____/

Case No. 2:20-cv-144

HON. JANE M. BECKERING

## ORDER OF DISMISSAL

Pending before the Court is the parties' Stipulation for Dismissal (ECF No. 47). The Court having reviewed the filing:

**IT IS HEREBY ORDERED** that the Stipulation for Dismissal (ECF No. 47) is GRANTED; this case is DISMISSED with prejudice, and without costs or attorney fees to either party.

This Order resolves all pending claims and closes the case.

Dated: October 25, 2022

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge